**United States Bankruptcy Court**
**Western District of Michigan, Grand Rapids Division**

IN RE:                                                                                             Case No. _____

Bowser, Charles Edwin & Bowser, Kelly Ann                                                          Chapter 7 _____
                          Debtor(s)

## DISCLOSURE OF COMPENSATION OF BANKRUPTCY PETITION PREPARER

1. Pursuant to 11 U.S.C. § 110(h), I declare under penalty of perjury that I am not an attorney or employee of an attorney, that I prepared or caused to be prepared one or more documents for filing by the above-named debtor(s) in connection with this bankruptcy case, and that compensation paid to me within one year before the filing of the bankruptcy petition, or agreed to be paid to me, for services rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For document preparation services, I have agreed to accept ......................................................... $  **349.00**

   Prior to the filing of this statement I have received ................................................................. $  **349.00**

   Balance Due .......................................................................................................................... $  **0.00**

2. I have prepared or caused to be prepared the following documents (itemize):
   Voluntary Petition
   Exhibit "D" to Voluntary Petition [Debtor]
   Exhibit "D" to Voluntary Petition [Spouse]
   Summary of Schedules
   Schedule A - Real Property
   Schedule B - Personal Property
   Schedule C - Property Claimed as Exempt
   Schedule D - Creditors Holding Secured Claims
   Schedule E - Creditors Holding Unsecured Priority Claims
   Schedule F - Creditors Holding Unsecured NonPriority Claims
   Schedule G - Executory Contracts and Unexpired Leases
   Schedule H - Codebtors
   Schedule I - Current Income of Individual Debtor(s)
   Schedule J - Current Expenditures of Individual Debtor(s)
   Declaration Concerning Debtor's Schedules
   Statement of Financial Affairs
   Chapter 7 Individual Debtor's Statement of Intention
   Notice to Consumer Debtors Under §342(b) of the Bankruptcy Code
   Certification of Notice to Consumer Debtors Under §342(b) of the Bankruptcy Code
   Verification of Creditor Matrix
   Creditor Matrix
   Chapter 7 Statement of Current Monthly Income and Means Test Calculation
   PAYMENT ADVICES COVER SHEET
   DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER
   STATEMENT OF ASSISTANCE OF NON-ATTORNEY WITH RESPECT TO THE FILING OF THIS PETITION
   Disclosure of Compensation of Bankruptcy Petition Preparer
   PRE-FILING NOTICE TO INDIVIDUAL CONSUMER DEBTOR
   ASSET PROTECTION REPORT
   Statement of Social Security Number(s)

   and provided the following services:

3. The source of the compensation paid to me was:    ☑ Debtor    ☐ Other (specify): _____

4. The source of compensation to be paid to me is:    ☐ Debtor    ☐ Other (specify): _____

5. The foregoing is a complete statement of any agreement or arrangement for payment to me for preparation of the petition filed by the debtor(s) in this bankruptcy case.

6. To my knowledge no other person has prepared for compensation a document for filing in connection with this bankruptcy case except as listed below:

   NAME: _____                         SSN: _____

X  /s/ Robin Milton                                            SOCIAL SECURITY NUMBER
        Signature
                                                               **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**                              **4/5/11**
**Robin Milton**                                               Social Security number of bankruptcy              Date
Printed name and title, if any, of Bankruptcy Petition Preparer   petition preparer. (If bankruptcy petition
                                                               preparer is not an individual, state the
Address: **2841 Breton Road**                                  Social Security number of the officer,
                                                               principal, responsible person or partner of
**Grand Rapids, MI  49512**                                    the bankruptcy petition preparer.)
                                                               (Required by 11 U.S.C. § 110.)

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedures may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

[Stamp: FILED 2011 APR -8 PM 12:12 U.S. BANKRUPTCY COURT WEST. DIST. OF MICH.]

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only